IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GOLD KIST INC., and JERRY L. STEWART | § § § § § § § § § § § § § § | |
| Plaintiffs | | |
| v. | | Civil Action No. 1:06-CV-2441-CC |
| PILGRIM'S PRIDE CORPORATION, *et al.*, | | |
| Defendants | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plantiffs Gold Kist Inc. and Jerry L. Stewart hereby dismiss this action with prejudice.

Respectfully submitted this 5th day of January, 2007.

                                          /s/ Derin B. Dickerson
                                          BERNARD TAYLOR
                                          Georgia Bar No. 699625
                                          OSCAR N. PERSONS
                                          Georgia Bar No. 573500
                                          PETER KONTIO
                                          Georgia Bar No. 428050
                                          KEVIN E. GRADY
                                          Georgia Bar No. 304050
                                          JAY D. BENNETT
                                          Georgia Bar No. 051350
                                          THEODORE J. SAWICKI
                                          Georgia Bar No. 627851
                                          KRISTINE MCALISTER BROWN
                                          Georgia Bar No. 480189

VALARIE C. WILLIAMS
Georgia Bar No. 764440
PAUL J. KAPLAN
Georgia Bar No. 407298
DERIN B. DICKERSON
Georgia Bar No. 220620

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Plaintiffs Gold Kist Inc.
and Jerry L. Stewart*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Jeffrey S. Cashdan, Esq.
>Michael J. Cates, Esq.
>Shannon Fulmer Cox, Esq.
>Michael C. Russ, Esq.
>KING & SPALDING LLP
>1180 Peachtree Street NE
>Atlanta, GA  30309
>
>Adam T. Dougherty, Esq.
>Kimberly F. Rich, Esq.
>Maricela B. Siewczynski, Esq.
>Mark D. Taylor, Esq.
>BAKER & MCKENZIE
>2001 Ross Avenue
>2300 Trammell Crow Center
>Dallas, TX 75201
>214-978-3025
>
>Brian F. Burke, Esq.
>David J. Laing, Esq.
>BAKER & MCKENZIE, LLP-DC
>815 Connecticut Avenue, NW
>Washington, DC 20006
>202-452-7000

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Alan J. Stone, Esq.
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Chase Manhattan Centre, Suite 1800
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347

This 5th day of January, 2007.

                                      /s/ Derin Dickerson
                                      DERIN DICKERSON
                                      Georgia Bar No. 220620